# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 06-172 (EGS)** |
| | : | |
| **VINCENT TILLMAN,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated June 28, 2006, be made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO. 451058

_____
STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 453-251
FEDERAL MAJOR CRIMES SECTION
(202) 307-0031

## Certificate of Service

I hereby certify that I caused a copy of the Notice of Filing to be hand served in court upon counsel for the defendant, this 28th day of June, 2006.

_____
STEVEN B. WASSERMAN
Assistant United States Attorney