UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 06-172 (EGS)
)
Vincent Tillman )
)
        Defendant. )
)

## O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house Vincent Tillman _____ at Central Treatment Facility until further Order of this Court.

6/27/06
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE