# EXHIBIT A

DPSCS-DPP-ADM 19 (REV. 4/03)



**Department of Public Safety and Correctional Services**
**Division of Parole and Probation**
4990 Rhode Island Avenue • SUITE 101 • HYATTSVILLE, MARYLAND 20781
(301) 699-3638 • FAX (301) 699-3630 • TOLL FREE (877) 379-8636 • V/TTY (800) 735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

ROBERT L. EHRLICH, JR.
GOVERNOR

MICHAEL S. STEELE
LT. GOVERNOR

MARY ANN SAAR
SECRETARY

MARY L. LIVERS, PH.D
DEPUTY SECRETARY
FOR OPERATIONS

JUDITH SACHWALD
DIRECTOR

Date: May 17, 2006

To Whom It May Concern:

Mr. Vincent Tillman is on Probation and being supervised by the Division of Parole and Probation in the Hyattsville Field Office until 10-31-07. The purpose of this letter is to verify Mr. Tillman's compliance with his probation. Mr. Tillman has completed all the court ordered special conditions (community service and fines paid). In conclusion, Mr. Tillman is currently in compliance with all of the conditions of his Probation. If there is additional information that is needed, please feel free to contact me.

Sincerely,

Krystal S. Jones, Agent
Division of Parole and Probation
4990 Rhode Island Ave., Ste.101
Hyattsville, Maryland 20781
301-699-3638 office
301-699-3630 fax