UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 06-172 (EGS) |
| ) | |
| VINCENT TILLMAN, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of defendant's motion to modify conditions of release and to release him on his own recognizance, it is hereby

ORDERED that defendant's motion is GRANTED.

SO ORDERED this _____ day of July, 2006.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE