UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No.: 06-CR-00172 (EGS) |
| : | Judge Sullivan |
| : | Status: August 9, 2006 |
| VINCENT TILLMAN, : | |
| : | |
| Defendant.  : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE AFORESAID COURT:

Kindly note the appearance of the below-signed attorney as counsel of record for the defendant in this case.

                            Vincente Tillman
                            By Counsel

                            Respectfully submitted,

                            _____
                            Billy L. Ponds
                            The Ponds Law Firm
                            Bar No.: 379883
                            3218 O Street, N.W.
                            Suite Two
                            Washington, D.C. 20007
                            202-333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this Notice of Appearance was sent via first class mail to Steven B. Wasserman, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and to Tony Axam, Esquire, Office of the Federal Public Defender for the District of Columbia, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004 on this ____ day of _____, 2006.

                            _____
                            Billy L. Ponds