UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No.: 06-CR-00172 (EGS) |
| : | Judge Sullivan |
| : | Status: August 9, 2006 |
| VINCENTE TILLMAN, : | |
| : | |
| Defendant. : | |

## MOTION FOR SUBSTITUTION OF COUNSEL

VINCENTE TILLMAN, Jr., by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, respectfully moves this Court to grant the Motion for Substitution of Counsel. As grounds for this request, the defendant states as follows:

The morning of July 25, 2006, Mr. Tillman's family, with his consent, retained undersigned counsel to represent him in the above-captioned case. It is Mr. Tillman's request that the appearance of Tony Axam, Esquire be withdrawn as counsel of record and substituted by undersigned counsel, Billy L. Ponds, Esquire as his attorney in this case.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion for Substitution of Counsel.

                                                  Vincente Tillman
                                                  By Counsel

                                                  Respectfully submitted,

                                                  _____
                                                  Billy L. Ponds
                                                  The Ponds Law Firm
                                                  Bar No.: 379883
                                                  3218 O Street, N.W.
                                                  Suite Two
                                                  Washington, D.C. 20007
                                                  202-333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this Motion for Substitution of Counsel was sent via first class mail to Steven B. Wasserman, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and to Tony Axam, Esquire, Office of the Federal Public Defender for the District of Columbia, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004 on this 26th day of July, 2006.

Billy L. Ponds