UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No.: 06-CR-00172 (EGS) |
| : | Judge Sullivan |
| : | Status: August 9, 2006 |
| VINCENTE TILLMAN, : | |
| : | |
| Defendant. : | |

## ORDER

THIS CAUSE having come before the Court on the Defendant's Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire, replaces Tony Axam, Esquire as counsel of record.

_____
The Honorable Emmett G. Sullivan

cc:  Billy L. Ponds
     The Ponds Law Firm
     3218 O Street, NW
     Suite Two
     Washington, DC  20007

     Steven B. Wasserman
     Office of the United States Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530

Tony Axam, Esquire
Office of the Federal Public Defender
For the District of Columbia
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004