UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :
                           :
                           :   Case No.: 06-CR-172(EGS)
        v.                 :   Judge Sullivan
                           :   Status Hearing: October 12, 2006
VINCENT TILLMAN,           :
                           :
        Defendant.         :

## ORDER

THIS CAUSE having come before the Court on the Motion to Suppress Tangible Evidence and Statements, Admissions and Confessions, and those Motions having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion to Suppress Tangible Evidence is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the Motion to Suppress Statements, Admissions and Confessions is hereby GRANTED.

 

_____
JUDGE

cc:   Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, N.W.
      Suite Two
      Washington, D.C. 20007

      Michael Liebman
      Office of the United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530

10