UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 06-CR-172(EGS) |
| v. : | Judge Sullivan |
| : | Status Hearing: October 12, 2006 |
| VINCENT TILLMAN, : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION TO CONTINUE THE STATUS HEARING

VINCENT TILLMAN, by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits this Unopposed Motion to Continue the Status Conference and requests that this Court enter an Order continuing the October 12, 2006 status hearing. In support of this request, counsel states as follows:

On August 3, 2006, the court rescheduled the August 8, 2006 status hearing in this case to August 16, 2006. On August 16, 2006, the court rescheduled the defendant's status hearing from August 16, 2006 to October 12, 2006. However, due to a previously scheduled commitment out of the jurisdiction, undersigned counsel is not available to appear in court on behalf of the defendant on October 12, 2006 for the scheduled status hearing.

As a result of the afore-mentioned scheduling conflict, counsel respectfully requests that the court continue the October 12, 2006 status hearing to October 18, 19 or 20, 2006. On September 6, 2006, counsel's assistant spoke with Assistant United States Attorney Michael Liebman who does not oppose counsel's request to continue the October 12, 2006 status hearing to one of the above-proposed adjournment dates.

WHEREFORE, for the reasons stated herein, counsel respectfully requests that this Court grant the Unopposed Motion to Continue the Status Hearing.

Vincent Tillman
By Counsel

Respectfully submitted,

Billy L. Ponds
The Ponds Law Firm
Bar No. 379883
3218 O Street, N.W
Suite Two
Washington, D.C. 20007
(202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy and complete copy of this Unopposed Motion to Continue the Status Conference was sent via facsimile and first class mail to Michael Liebman, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on the 11th day of September, 2006.

Michelle Anapol

2