UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                                               :
                                               :   Case No.: 06-CR-172(EGS)
               v.                             :   Judge Sullivan
                                             :   Status Hearing: October 12, 2006
VINCENT TILLMAN,              :
                                             :
           Defendant.          :

## ORDER

THIS CAUSE having come before the Court on the Unopposed Motion to Continue the Status Hearing, and that motion having been considered by the Court, there being no opposition thereto, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Unopposed Motion to Continue the Status Hearing is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the October 12, 2006 status hearing is hereby continued to the _____ day of _____, 2006.

                                                              _____
                                                              JUDGE

cc:   Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, N.W.
      Suite Two
      Washington, D.C. 20007

      Michael Liebman
      Office of the United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530