```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA        :   No. 1:06-cr-172-EGS
                                :
        v.                      :
                                :
VINCENT E. TILLMAN,             :
        Defendant               :
```

O R D E R

Upon consideration of the defendant's motion to suppress tangible evidence, the government's opposition thereto, and the entire record in this matter, it is hereby

ORDERED that the motion is DENIED.

```
                                _____
                                Emmitt G. Sullivan
                                United States District Judge
```

_____
date