UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | No. 1:06-cr-172-EGS |
| **v.** : | |
| **VINCENT E. TILLMAN,** : | |
| **Defendant** : | |

O R D E R

Upon consideration of the government's motion to permit impeachment of defendant with evidence of a prior conviction, any opposition thereto, and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED.

_____
Emmet G. Sullivan
United States District Judge

_____
date