```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA** : No. 1:06-cr-172-EGS
:
    **v.** :
:
**VINCENT E. TILLMAN,** :
    **Defendant** :

O R D E R

Upon consideration of the government's motion to introduce evidence of another crime, pursuant to rule 404(b), any opposition thereto, and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED.

_____
Emmet G. Sulllivan
United States District Judge

_____
date