UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 06-CR-172(EGS) |
| v.  : | Judge Sullivan |
| : | Status Hearing: October 18, 2006 |
| VINCENT TILLMAN, : | |
| : | |
| Defendant. : | |

## DEFENDANT'S MOTION FOR TIMELY DISCLOSURE OF IMPEACHING EVIDENCE AND JENCKS MATERIAL WITH POINTS AND AUTHORITIES IN SUPPORT THEREOF

VINCENT TILLMAN, by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits the Defendant's Motion for Timely Disclosure of Impeaching Evidence and Jencks Material With Points and Authorities In Support Thereof and respectfully requests that this Court, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and *Kyles v. Whitley*, 514 U.S. 419, 115 S.Ct. 1555 (1995), enter an Order directing the government to forthwith make an inquiry and disclose all of the following information within its possession, custody, or the existence of which is known or by the exercise of due diligence could become known:

1. Any and all records and information revealing prior convictions or guilty verdicts or juvenile adjudications attributed to each witness to be called by the government, including but not limited to, "rap sheets" of federal, state and local law enforcement departments. *See Davis v. Alaska*, 415 U.S. 308 (1974).

2. Any and all records and information revealing drug or alcohol abuse by each witness, and whether each witness was using narcotics or alcohol at or about the time he observed the defendant commit the alleged offense. *United States v. Fowler*,

465 F.2d 664 (D.C. Cir. 1972); See *United States v. Kearny*, 420 F.2d 542 (D.C. Cir. 1969).

3. The existence and identification of each occasion on which each witness has testified before any court, grand jury, or other tribunal body or otherwise officially narrated in relation to the defendant, the investigation, or the facts of this case.

4. Any and all prior inconsistent statements made by any witness the government intends to call either in its case-in-chief or in rebuttal. *See United States v. Coffie*, 80 F.3d 514 (D.C. Cir. 1996) (prosecutor's failure to reveal that witness had previously lied under oath was material under *Brady*, requiring reversal of conviction).

5. Any and all investigation files compiled on each witness; the existence and identity of all federal, state, and local government files for the witness; and the existence and identity of all official internal investigation or public integrity investigation files relating to or connected with each witness who was or is a law enforcement officer.

6. Any and all other records and/or information which could be helpful to the defense in impeaching the government's witnesses or which could possibly lead to records or information of an impeaching nature.

7. The defendant also requests disclosure of *Jencks* Act, 18 U.S.C. §3500 material in advance of trial. Such a procedure would avoid potential Brady questions, and facilitate a trial without the requisite recesses necessary for all defense counsel to examine *Jencks* material after testimony by each witness.

8. The same records and information requested in items one (1) through seven (7) above with respect to each non-witness declarant whose statements the

prosecution intends to offer in evidence through the testimony of other witnesses.

9. The defendant emphasizes the need for timely disclosure of all impeaching evidence. Absent timely pretrial disclosure, the defense will be denied the opportunity to effectively use such material in the preparation and presentation of its case. *United States v. Pollack*, 534 F.2d 964, 973-74 (D.C. Cir. 1976); *See United States v. Starusko*, 729 F.2d 256 (3d Cir. 1984).

WHEREFORE, the defendant respectfully requests that this Court grant this motion and that this Court order the government to provide all impeaching evidence and *Jencks* material(s) to defense counsel at least seven (7) days in advance of the scheduled motions hearing in this case.

Vincent Tillman
By Counsel

Respectfully submitted,

Billy L. Ponds
The Ponds Law Firm
Bar No. 379883
3218 O Street, N.W
Suite Two
Washington, D.C. 20007
(202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Defendant's Motion for Timely Disclosure of Impeaching Evidence and Jencks Material With Points and Authorities In Support Thereof was sent via facsimile and first class mail to Michael Liebman, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on the 9th day of October, 2006.

Michelle Anapol