UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :   Case No.: 06-CR-172(EGS)
        v.                        :   Judge Sullivan
                                  :   Status Hearing: October 18, 2006
VINCENT TILLMAN,                  :
                                  :
        Defendant.                :

## ORDER

THIS CAUSE having come before the Court on the Defendant's Motion for Timely Disclosure of Impeaching Evidence and Jencks Material With Points and Authorities In Support Thereof, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that the Defendant's Motion for Timely Disclosure of Impeaching Evidence and Jencks Material With Points and Authorities In Support Thereof is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the government is hereby ordered to provide all impeaching evidence and *Jencks* material(s)1 to defense counsel at least seven (7) days in advance of the scheduled motions hearing in this case.

_____
THE HONORABLE EMMETT G. SULLIVAN

cc:   Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, N.W
      Suite Two
      Washington, D.C. 20007

4

Michael Liebman
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530