**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.: 06-CR-172(EGS)** |
| v. : | **Judge Sullivan** |
| : | **Status Hearing: October 18, 2006** |
| **VINCENT TILLMAN,** : | |
| **Defendant.** : | |

## ORDER

THIS CAUSE having come before the Court on the Defendant's Opposition to the Government's Notice and Motion to Permit Use of Other Crimes Evidence, and that Motion having been considered by the Court, and for good cause shown, it is this \_\_\_\_\_ day of _____, 2006,

ORDERED, that the Government's Notice and Motion to Permit the Use of Other Crimes Evidence is hereby DENIED,

AND IT IS FURTHER ORDERED, that the government is precluded from using the defendant's conduct and conviction in case number F-7155-00 at the trial in this case.

The Honorable Emmett G. Sullivan

cc:   Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, N.W.
      Suite Two
      Washington, D.C. 20007

Michael Liebman
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530