UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 06-CR-172(EGS) |
| v. : | Judge Sullivan |
| : | Motions Hearing: December 15, 2006 |
| VINCENT TILLMAN, : | |
| : | |
| Defendant. : | |

## MOTION FOR LEVE TO LATE FILE THE DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S MOTION TO PERMIT IMPEACHMENT OF DEFENDANT WITH EVIDENCE OF PRIOR CONVICTION ONE DAY LATE

VINCENT TILLMAN, by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits this Motion for Leave to Late File the Defendant's Opposition to the Government's Motion to Permit Impeachment of Defendant With Evidence of Prior Conviction One Day Late and moves this Court for an Order granting this motion. In support thereof, counsel states as follows:

The Court directed the parties to file any supplemental briefs by October 31, 2006. On this date, approximately 11:00pm, counsel attempted to file the Defendant's Opposition to the Government's Motion to Permit Impeachment of Defendant With Evidence of Prior Conviction via the court's electronic case filing system. However, for an unknown reason, counsel was not able to access the court's database because each time the assigned identification information was entered the following error message was received; "error: An Internal Error has occurred the error code is 24.-pos 236 (See Exhibit A). Therefore, counsel was unable to file the above-referenced motion on October 31, 2006.

Based on the information contained in this motion, counsel respectfully requests that the Court permit counsel to file the Defendant's Opposition to the Government's Motion to Permit Impeachment of Defendant With Evidence of Prior Conviction one day late.

WHEREFORE, for the reasons stated herein, counsel respectfully requests that this Court grant the Motion for Leave to Late File the Defendant's Opposition to the Government's Motion to Permit Impeachment of Defendant With Evidence of Prior Conviction One Day Late.

    Vincent Tillman
    By Counsel

    Respectfully submitted,

    _____
    Billy L. Ponds
    The Ponds Law Firm
    Bar No. 379883
    3218 O Street, N.W
    Suite Two
    Washington, D.C. 20007
    (202) 333-2922

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the Motion for Leave to Late File the Defendant's Opposition to the Government's Motion to Permit Impeachment of Defendant With Evidence of Prior Conviction One Day Late was sent via facsimile and first class mail to Michael Liebman, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on the 1st day of November, 2006.

_____
Michelle Anapol