UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | Case No.: 06-CR-172(EGS) |
| v.  : | Judge Sullivan |
| : | Motions Hearing: December 15, 2006 |
| VINCENT TILLMAN,  : | |
| : | |
| Defendant.  : | |

==================================

## ORDER

THIS CAUSE having come before the Court on the Motion for Leave to Late File the Defendant's Opposition to the Government's Motion to Permit Impeachment of Defendant With Evidence of Prior Conviction One Day Late, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion for Leave to Late File the Defendant's Opposition to the Government's Motion to Permit Impeachment of Defendant With Evidence of Prior Conviction One Day Late is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the Defendant's Opposition to the Government's Motion to Permit Impeachment of Defendant With Evidence of Prior Conviction is hereby accepted for filing by this Court.

                                                                 _____
                                                                 The Honorable Emmett G. Sullivan

cc:   Billy L. Ponds
       The Ponds Law Firm
       3218 O Street, N.W.
       Suite Two
       Washington, D.C. 20007

Michael Liebman
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530