UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 06-CR-172(EGS) |
| v. : | Judge Sullivan |
| : | Motions Hearing: December 15, 2006 |
| VINCENT TILLMAN, : | |
| : | |
| Defendant. : | |

## ORDER

THIS CAUSE having come before the Court on the Defendant's Opposition to the Government's Motion to Permit Impeachment of Defendant With Evidence of Prior Conviction, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Government's Motion to Permit Impeachment of Defendant With Evidence of Prior Conviction is hereby DENIED,

AND IT IS FURTHER ORDERED, that the government is precluded from using the defendant's prior conviction to impeach him if he should testify at his trial.

_____
The Honorable Emmett G. Sullivan

cc:  Billy L. Ponds
     The Ponds Law Firm
     3218 O Street, N.W.
     Suite Two
     Washington, D.C. 20007

     Michael Liebman
     Office of the United States Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530

8