UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 06-CR-172(EGS) |
| v. : | Judge Sullivan |
| : | Motions Hearing: December 15, 2006 |
| VINCENT TILLMAN, : | |
| : | |
| Defendant. : | |

## MOTION TO REQUEST A HEARING ON THE DEFENDANT'S MOTION TO MODIFY HIS CONDITIONS OF RELEASE AND MEMORANDUM AND PROFFER IN SUPPORT THEREOF

VINCENT TILLMAN, by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits this Motion to Request a Hearing on the Defendant's Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof and requests that this Court enter an Order scheduling a hearing on the above-noted motion. In support thereof, counsel states as follows:

On July 11, 2006, the defendant's prior counsel, Tony Axam, of the Federal Public Defender Service for the District of Columbia filed the Defendant's Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof.[1] At the October 18, 2006, status conference, the Court and counsel for the government and undersigned counsel discussed if the Court had ruled on the Defendant's Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof at the June 28, July 12 or July 25, 2006 hearings in this case. The Court was not certain, but was under the impression, that a ruling had been made on the defendant's Defendant's

---

[1] The defense hereby incorporates by reference the representations made in the Motion to Request a Hearing on the Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof as well as those representations made during the June 28, July 12 and July 25, 2006 hearings concerning the defendant's request for release on bond.

Motion to Request a Hearing on the Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof. At the conclusion of this proceeding, the Court indicated that it would revisit this issue if a ruling had not been made on the Defendant's Motion to Request a Hearing on the Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof.

The defense respectfully submits that the Court has not ruled on the Defendant's Motion to Request a Hearing on the Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof. In support of this assertion, the defense respectfully submits the following transcripts; Exhibit A, June 28, 2006 transcript, Exhibit B, July 12, 2006 transcript and Exhibit C, July 25, 2006 transcript.

To supplement the defendant's request for pretrial release, he respectfully submits that after being interviewed by Pretrial Services, it was determined that he was eligible for release under the Heightened Supervision Program. Specifically, Mr. Wilson stated; "Right now the defendant was eligible for heightened supervision, but if the warrant is coming down the pike, he will no longer be eligible for our program." (See June 28, 2006 transcript, p.16, lines 21-23).

Additionally, as the Court is aware, at the time the defendant was arrested in the instant case, he was on probation in case number 2000-FEL-7155. As a result of the defendant's arrest in this case, he appeared before the Honorable Patricia A. Broderick for a show cause hearing. At this hearing, Judge Broderick did not revoke the defendant's probation, but set a five hundred dollar ($500.00) bond. For the Court's reference, the show cause proceeding before Judge Broderick is trailing the proceedings

in this case and the defendant is scheduled to appear before Judge Broderick on January 30, 2007.

The defendant submits that there are conditions or a combination of conditions that the Court can set to ensure that the defendant returns to court as well as the safety of the community. Based on the information presented in this motion as well as representations which may be presented at a hearing in this case, the defendant respectfully requests that the Court schedule a hearing on the Defendant's Motion to Request a Hearing on the Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof.

WHEREFORE, for the reasons stated herein, counsel respectfully requests that the Court grant the Motion to Request a Hearing on the Defendant's Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof.

                                      Vincent Tillman
                                      By Counsel

Respectfully submitted,

_____
Billy L. Ponds
The Ponds Law Firm
Bar No. 379883
3218 O Street, N.W
Suite Two
Washington, D.C. 20007
(202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Motion to Request a Hearing on the Defendant's Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof was sent via facsimile and first class mail to Michael Liebman, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on the 16th day of November, 2006.

*Michelle Anapol*
Michelle Anapol

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 06-CR-172(EGS) |
| v.                         : | Judge Sullivan |
| : | Motions Hearing: December 15, 2006 |
| **VINCENT TILLMAN,** : | |
| : | |
| **Defendant.** : | |

## ORDER

THIS CAUSE having come before the Court on the Motion to Request a Hearing on the Defendant's Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion to Request a Hearing on the Defendant's Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof is hereby GRANTED,

AND IT IS FURTHER ORDERED, that a hearing on the Motion to Request a Hearing on the Defendant's Motion to Modify his Conditions of Release and Memorandum and Proffer In Support Thereof will be held on the _____ day of _____, 2006 at _____ am/pm.

_____
The Honorable Emmett G. Sullivan

cc:   Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, N.W.
      Suite Two
      Washington, D.C. 20007

6

Michael Liebman
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530