EXHIBIT B

```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA


UNITED STATES,                  :
                                : Docket No. CR-06-172
        vs.                     :
                                :
VINCENT TILLMAN,                :
                                : Washington, D.C.
        Defendant.              : Wednesday, July 12, 2006
                                : 5:10 p.m.
. . . . . . . . . . . . . . .


              TRANSCRIPT OF A HEARING
      BEFORE THE HONORABLE EMMET G. SULLIVAN
          UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:      STEVEN B. WASSERMAN, Esquire
                         U.S. ATTORNEY'S OFFICE
                         555 Fourth Street, NW
                         Washington, DC 20001

For the Defendant:       TONY LENELL AXAM, Esquire
                         FEDERAL PUBLIC DEFENDER FOR D.C.
                         625 Indiana Avenue, NW
                         Suite 550
                         Washington, DC 20004

Court Reporter:          Elaine A. Merchant, RPR, CRR
                         Official Court Reporter
                         333 Constitution Avenue, NW
                         Room 6822
                         Washington, DC 20001
                         (202)289-1571

Proceedings recorded by machine shorthand, transcript produced by computer-aided transcription.

```
 1                    P R O C E E D I N G S
 2          THE CLERK:  Criminal Action 06-172, United States vs.
 3  Vincent Tillman.
 4          Counsel, please approach the lectern and identify
 5  yourselves.
 6          MR. WASSERMAN:  Good afternoon, Your Honor.  Steven
 7  Wasserman on behalf of the United States.
 8          MR. AXAM:  Good afternoon, Your Honor.  Tony Axam on
 9  behalf of Vincent Tillman.
10          THE COURT:  Good afternoon, counsel.
11          Someone had passed up two --
12          Okay.  I have not had a chance to look at these.
13          Mr. Wasserman, did you have a chance to look at these
14  documents?
15          MR. WASSERMAN:  I did.
16          THE COURT:  One is a letter from St. Stephen's
17  Baptist Church.
18          Let me just read it real quick.
19          And the other is a letter from the Department of
20  Public Safety and Correctional Services Parole and Probation
21  Office of Hyattsville.
22          Essentially, the probation officer says Mr. Tillman
23  is currently in compliance with all the conditions of his
24  probation.  That's fine.
25          Mr. Tillman's case is here for a status hearing.  I
```

```
 1   want to hear from Mr. Axam or Mr. Wasserman or both.
 2           MR. AXAM:  Your Honor, I filed a motion for the Court
 3   to reconsider Mr. Tillman's conditions of release.  I
 4   understand from Mr. Tillman today and from his family that he
 5   plans to retain private counsel.  He does not want me to argue
 6   the motion that I filed and would like for the attorney that he
 7   plans to retain to argue any motions.  And he understands that
 8   he will continue to be held.
 9           THE COURT:  That's fine.  He's entitled to the
10   attorney of his choice.
11           Do we know who the attorney is?
12           MR. AXAM:  Billy Ponds did contact me and informed me
13   that he is very close to entering his appearance.
14           THE COURT:  That's fine.  Then what's your request,
15   to continue the case until another date?
16           MR. AXAM:  Yes.
17           THE COURT:  For what, ascertainment of counsel
18   purposes or for purposes of the new attorney arguing the motion
19   or what?
20           MR. AXAM:  I would ask for --
21           THE COURT:  Maybe just for a status hearing.  I've
22   not selected a trial date and I've not put in place a briefing
23   schedule in this case.
24           MR. AXAM:  That is correct.
25           THE COURT:  Are there any speedy trial issues that
```

1  need to be addressed?

2  MR. AXAM: Your Honor, I don't believe that we are up
3  against a speedy trial date. Mr. Tillman was initially
4  arraigned on the 28th of June and the speedy trial date is
5  September 5, I believe.

6  THE COURT: Mr. Wasserman.

7  MR. WASSERMAN: That's correct, Your Honor, the
8  speedy trial date is in September. I think we waived last
9  time. Maybe we didn't. I don't think we did actually speedy
10 trial last time.

11 THE COURT: Is anyone asking for a waiver?

12 MR. WASSERMAN: I had not asked for one last time.

13 THE COURT: Actually, there is a motion pending,
14 there's a motion to continue the case, so that would toll
15 between now and the next status hearing date.

16 Do you disagree with that?

17 MR. AXAM: There is that motion and there is the
18 motion to reconsider the conditions of release as well.

19 THE COURT: That's right. That tolls as well.

20 What day would you like, counsel?

21 MR. AXAM: Your Honor, Mr. Ponds indicated that he
22 would likely enter his appearance next week. I would, I
23 suppose, ask for next Friday if that's available.

24 THE COURT: That would be the 21st. Actually, the
25 25th is a better day for the Court. I can't do it the 20th.

```
1    Is the 25th a bad day for anyone?
2            MR. WASSERMAN: I have a 10:00 a.m. before Judge
3    Kennedy and I have a meeting at 3:00 p.m.
4            THE COURT: May I suggest 2:00. Actually, maybe I
5    can do it earlier than that. How about 11:30?
6            MR. WASSERMAN: That's fine, Your Honor.
7            THE COURT: 11:30 on the 25th.
8            MR. AXAM: That's fine, Your Honor.
9            THE COURT: I'll continue your case until the 25th of
10   July at 11:30.
11           Now, shall I return these or keep these letters? I
12   don't want to keep the only copies, though.
13           MR. AXAM: I believe the family passed those up.
14           THE COURT: That's fine. Then I'll keep them in the
15   chambers' jacket. I won't file them in the public docket.
16           MR. AXAM: Thank you.
17           THE DEFENDANT: May I say something?
18           THE COURT: You have an excellent lawyer. You're
19   giving up one for another one. He doesn't know what you're
20   going to say.
21           THE DEFENDANT: I just wanted to let you know that I
22   talked to Mr. Ponds yesterday. And he was telling me that he
23   would be available next week. I don't know if he was in a
24   trial, because him and Mr. Danny Onorato are supposed to be
25   coming.
```

```
 1            THE COURT:  He's always busy.  I'm going to schedule
 2    it for the 25th with the understanding that if the attorneys
 3    wish me to advance it to the 18th, 19th or 20th, then they can
 4    let my courtroom deputy know and I'll be happy to accommodate
 5    them.  He's in trial and I don't want to pick another date.  We
 6    don't know what his availability is like on the 25th anyway.
 7    So if there's a need, Mr. Axam, to advance the case, I'll be
 8    happy to do so.
 9            MR. AXAM:  Very well, Your Honor.
10            THE COURT:  All right.  Thank you, counsel.  Mr.
11    Tillman, take care.  We'll talk again on the 25th.
12            (The hearing concluded at 5:15 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

*Elaine A. Merchant*

ELAINE A. MERCHANT, RPR, CRR

Official Court Reporter