UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**     :   No. 1:06-cr-172-EGS
           **v.**               :
                               :
**VINCENT E. TILLMAN,**          :
                               :
           **Defendant**       :

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

Upon consideration of the defendant's motions to modify the conditions of his release and for a hearing on that motion, the government's opposition thereto, and the entire record in this matter, the Court hereby makes the following findings of fact and conclusions of law:

(1) Based on the superseding indictment in this case and the government's oral proffer of June 28, 2006, there is probable cause to believe (a) that the defendant has committed a violation of the Controlled Substance Act for which the maximum term of imprisonment is 10 years or more, and (b) that the defendant has committed a violation of 18 U.S.C. § 924(c).

(2) Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that no condition or combination of conditions exists that will reasonably assure the defendant's appearance as required and the safety of the community, i.e., there is a rebuttable presumption that the defendant should be detained pending trial.

    (3) Considering the factors listed in 18 U.S.C. § 3142(g), the defendant has failed to rebut the presumption.

    Accordingly, it is hereby ORDERED that the defendant's motion to modify his conditions of release and his motion for a hearing are DENIED.  It is further ORDERED that the defendant continued to be detained pending trial.

```
                              _____
                              Emmet G. Sullivan
                              United States District Judge
```

_____
date