UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 06-CR-172(EGS) |
| v.    : | Judge Sullivan |
| : | Motions Hearing: December 15, 2006 |
| VINCENT TILLMAN, : | |
| : | |
| Defendant. : | |

===================================

## UNOPPOSED MOTION TO CONTINUE THE MOTIONS HEARING

VINCENT TILLMAN, by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits this Unopposed Motion to Continue the Motions Hearing and requests that this Court enter an Order continuing the December 15, 2006 motions hearing. In support of this request, the defendant states as follows:

The government and the defendant are in the process of negotiating a plea agreement in this case. However, the parties require additional time to complete the plea negotiations and to finalize the plea agreement. For the Court's reference, to facilitate completing the plea negotiations and finalizing the plea agreement, the government, the defendant, and undersigned counsel are scheduled to meet on Monday, December 18, 2006.

For the above-stated reasons, the defendant respectfully requests that this Court continue the motions hearing in order to provide the parties with the opportunity to complete the plea negotiations and finalize a plea agreement. Assistant United States Attorney Michael Liebman does not oppose the request continue motions hearing.

WHEREFORE, for the reasons stated herein, counsel respectfully requests that this Court grant the Unopposed Motion to Continue the Motions Hearing.

Vincent Tillman
By Counsel

Respectfully submitted,

_____
Billy L. Ponds
The Ponds Law Firm
Bar No. 379883
3218 O Street, N.W
Suite Two
Washington, D.C. 20007
(202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy and complete copy of this Unopposed Motion to Continue the Motions Hearing was sent via facsimile and first class mail to Michael Liebman, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on the 13th day of December, 2006.

_____
Michelle Anapol