UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 06-CR-172(EGS) |
| v. : | Judge Sullivan |
| : | Motions Hearing: December 15, 2006 |
| VINCENT TILLMAN, : | |
| : | |
| Defendant. : | |

## ORDER

THIS CAUSE having come before the Court on the Unopposed Motion to Continue the Motions Hearing, and that motion having been considered by the Court, and for good cause shown, and there being no opposition thereto, it is this _____ day of _____, 2006,

ORDERED, that the Unopposed Motion to Continue the Motions Hearing is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the December 15, 2006 motions hearing is hereby continued to the _____ day of _____, 200___.

_____
JUDGE

cc:   Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, N.W.
      Suite Two
      Washington, D.C. 20007

      Michael Liebman
      Office of the United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530

3