UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
:
:
v. : Crim. No. 06-172   (EGS)
:
:
VINCENT TILLMAN :
:
Defendant. :
:

### O R D E R

Upon consideration of the defendant's unopposed motion to continue the motions hearing scheduled for December 15, 2006 at 11:00 a.m., it is hereby

**ORDERED** that the motion to continue is **DENIED**; and it is

**FURTHER ORDERED** that the motions hearing will be converted to a status hearing.


Signed:   Emmet G. Sullivan
          United States District Judge
          December 14, 2006