UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 06-CR-172(EGS) |
| : | Trial: January 25, 2007 |
| VINCENT TILLMAN, : | |
| : | |
| Defendant. : | |

========================================

## UNOPPOSED MOTION TO CONTINUE THE DEFENDANT'S MOTION HEARING AND TRIAL AND TO CONVERT THE MOTIONS HEARING TO A STATUS CONFERENCE

VINCENT TILLMAN, by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits this Unopposed Motion to Continue the Motions Hearing and Trial and to Convert the Motions Hearing to a Status Conference and requests that this Court enter an Order granting this motion. As grounds for this request, counsel states as follows:

Subsequent to the last court appearance, December 15, 2006, the defense and the government have been actively involved in plea negotiations to resolve this case by a disposition. Most recently, the government extended the following plea offer to the defendant; enter a guilty plea to counts one and two of the pending superceding indictment, felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g), and possession with intent to distribute 100 grams or more of heroin in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(I) and in consideration thereof, the government will dismiss the remaining count of the pending superceding indictment. In the event that the defendant decides to accept this offer he would be exposed to a significant period of incarceration in this case and an additional nine years back up time in his probation

revocation proceedings, case number 2005FEL7155, before the Honorable Patricia A. Broderick.

The defendant has requested and requires additional time to consider the plea offer extended by the government and to discuss this matter with his wife, who recently gave birth to their son in December 2006, as well as with his mother and father. The defendant submits that there is not a sufficient amount of time to complete this process prior to the scheduled motions hearing and trial date in this case. Therefore, the defendant respectfully requests that the Court provide him with additional time to consider the plea offer extended to him by the government and to discuss this matter with the above-noted parties.

Assistant United States Attorney Michael Liebman does not oppose the requests made in this motion. Accordingly, the defendant respectfully requests that this Court enter an Order granting the Unopposed Motion to Continue the Motions Hearing and Trial and to Convert the Motions Hearing to A Status Conference.

WHEREFORE, for the reasons stated herein, counsel respectfully requests that this Court grant the Unopposed Motion to Continue the Motions Hearing and Trial and to Convert the Motions Hearing to A Status Conference.

Vincent Tillman
By Counsel

Respectfully submitted,

/S/

---

Billy L. Ponds
The Ponds Law Firm
Bar No. 379883
3218 O Street, N.W
Suite Two
Washington, D.C. 20007
(202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy and complete copy of this Unopposed Motion to Continue the Motions Hearing and Trial and to Convert the Motions Hearing to A Status Conference was sent via facsimile and first class mail to Michael Liebman, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on the __16th__ day of __January__, 2007.

Michelle Anapol