UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :     Case No.: 06-CR-172(EGS)
            v.                    :     Trial: January 25, 2007
                                  :
VINCENT TILLMAN,                  :
                                  :
            Defendant.            :
=====================================

## ORDER

THIS CAUSE having come before the Court on the Unopposed Motion to Continue the Motions Hearing and Trial and to Convert the Motions Hearing to A Status Conference, and that motion having been considered by the Court, and for good cause shown, and there being no opposition thereto, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the Unopposed Motion to Continue the Motions Hearing and Trial and to Convert the Motions Hearing to A Status Conference is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the January 24, 2007 motions hearing is converted to a Status Conference;

AND IT IS FURTHER ORDERED, that the January 25, 2007 trial date is hereby VACATED.

                                              _____
                                              JUDGE

cc:   Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, N.W.
      Suite Two
      Washington, D.C. 20007

Michael Liebman
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530