UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | No. 1:06-cr-172-EGS |
| **v.** : | |
| **VINCENT E. TILLMAN,** : | |
| **Defendant** : | |

<u>INFORMATION CONCERNING PRIOR CONVICTION</u>

The United States of America, by and through the United States Attorney for the District of Columbia, and pursuant to 21 U.S.C. § 851, hereby informs the Court of a prior conviction of the defendant that subjects him to increased punishment if he is found guilty of an offense under 21 U.S.C. § 841.  Specifically, on April 9, 2002, the defendant was convicted of unlawful distribution of heroin, a felony drug offense in violation of D.C. Code § 33-541(a)(1), in the District of Columbia Superior Court case of <u>United States of America v. Vincent E. Tillman</u>, F-7155-00.  Furthermore, the defendant had been afforded prosecution by indictment in the Superior Court matter, and the conviction in that matter was final at the time the defendant committed the violation of 21 U.S.C. § 841, on March 6, 2006.

```
                 Respectfully submitted,

                 JEFFREY A. TAYLOR
                 UNITED STATES ATTORNEY


         by:     _____
                 Michael C. Liebman
                 Assistant United States Attorney
                 D.C. Bar No. 479562
                 555 Fourth Street, N.W., room 4231
                 Washington, D.C.  20530
                 (202) 353-2385
                 michael.liebman@usdoj.gov
```