UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 06-CR-172(EGS) |
| v. : | Trial: March 14, 2007 |
| : | |
| VINCENT TILLMAN, : | |
| : | |
| Defendant. : | |

=========================================

## ORDER

THIS CAUSE having come before the Court on the Motion to Continue the Defendant's Trial, and that motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the Motion to Continue the Defendant's Trial is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the March 14, 2007 trial date is hereby continued to the _____ day of _____, 2007.

_____
JUDGE

cc:  Billy L. Ponds
     The Ponds Law Firm
     3218 O Street, N.W.
     Suite Two
     Washington, D.C. 20007

     Michael Liebman
     Office of the United States Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530

4