UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Crim. No. 06-cr-172-EGS |
| v. | : |
| **VINCENT E. TILLMAN,** | : |
| Defendant. | : |

## Government's Memorandum in Opposition to Defendant's Motion to Continue Trial

The United States of America, by and through the United States Attorney for the District of Columbia, hereby opposes defendant Vincent E. Tillman's motion to continue the trial now set for March 14, 2007.

In his motion, filed on March 12, 2007, two days before the <u>third</u> trial date in this case, defendant Tillman asserts that a continuance is necessary in order to allow the defense to conduct DNA testing on an item of evidence, specifically, a ski cap recovered by police during a search of defendant's vehicle.  As the defendant's motion accurately states, the loaded gun that is the subject of two counts of the indictment was recovered from inside the ski cap.  The defendant asserts that the ski cap may contain DNA material from the defendant, or "may yield exculpatory evidence favorable to the defense."

There has been no DNA testing done by the government in this case.  In addition, defendant's instant motion is the first time the issue of DNA testing has been raised by either party.  As the

Court is probably aware, testing an item for DNA evidence will delay the trial several weeks, if not several months, with additional delay necessary if genetic material is found and a comparison is then sought.

The Court should deny the motion because the defendant has been well aware of the possible relevance of DNA testing in this case, but nonetheless waited until almost the eve of trial to seek to have such testing done.  See United States v. Ortiz, 317 U.S. App. D.C. 262, 267, 82 F.3d 1066, 1071 (1996) (holding that a criminal defendant's conduct "will suffice at times to show a waiver of a fundamental and personal right").  Significantly, the MPD PD 163 arrest report, a copy of which was provided to defendant's prior counsel on June 28, 2006, as an attachment to a discovery letter,[1] specifically states on the second page that the gun in this case was recovered from inside a "black knit skull cap."  In addition, the same discovery letter included a copy of an MPD PD 81 property record, pertaining to a "black scully cap" that had been recovered as evidence.[2]  Moreover, the government's plea offer letter to current defense counsel, dated and faxed to counsel on January 4, 2007, specifically recited that, if the defendant accepted the offer and pled guilty, he was

---

[1] The government filed in this case a copy of the discovery letter listing the PD 163 as an attachment.

[2] The second page of the PD 163 and the first page of this PD 81 are contained in an attached exhibit to this opposition.

"waiv[ing] any and all right . . . to require DNA testing of any physical evidence in the possession of the Government."

Furthermore, given that the government's theory in this case will be one of constructive and joint possession--the skull cap containing the gun was found in a hidden compartment in the back of the front passenger seat of a vehicle registered to and occupied by the defendant, who was the driver, and an adult front-seat passenger--even if the skull cap contains no genetic material or only genetic material from persons other than the defendant, that fact is certainly not exculpatory.  In other words, the hat and the gun can be in the defendant's constructive possession without him ever having had an opportunity for his skin cells, hair fiber or perspiration to be deposited on those items.

The motion should therefore be denied.  A proposed order is attached.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR
                        UNITED STATES ATTORNEY

                              /s/
       by: _____
                        Michael C. Liebman
                        Assistant United States Attorney
                        D.C. Bar No. 479562
                        555 Fourth Street, N.W., room 4231
                        Washington, D.C.  20530
                        353-2385
                        michael.liebman@usdoj.gov