| EMPLOYMENT HISTORY (List present employment if any, on Line 1) | | | | |
|---|---|---|---|---|
| | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
| Present | | | | |
| | | | | |

### 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family)

| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 57. MILITARY SERVICE: BRANCH/DATE FROM – TO | 58. TELEPHONE CALL MADE ☐ YES ☐ NO ☐ REFUSED | 59. PHONE NUMBER |
|---|---|---|
| | | |

**60. STATEMENT OF FACTS:** (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 31.)

The event occurred on 3/6/06 at approximately 2210 at 1100 11TH STREET S.E. (N/B) in Washington DC.

On the above date and time members of the 1st District Street Crimes Unit were on uniformed patrol in the area of 12th and M Street S.E. At this time Pfc. Reisinger observed a 1986 Mercury Stationwagon bearing DC tag of CK 3380 the vehicle turned north onto 11th Street from M Street S.E. The driver (Vincente Tillman) was not wearing a seat belt. Pfc. Reisinger got behind the vehicle and activated his emergency lights and sirens to iniate a traffic stop. Mr. Tillman pulled over in the 1100 blk of 11th Street S.E. Ofc. Reisinger approached the Mr. Tillman and asked him for his license and registration. While speaking to Mr. Tillman Ofc. Reisinger noticed a strong odor of burnt marijuana coming from the vehicle. There was a front seat passenger (Tannia Goodwin). Ofc. Reisinger asked if there was any marijuana in the vehicle, at which point Mr. Tillman stated "I just got done smoking, and threw the J out on the freeway" Ofc. Reisinger then called to have other units assist at the location. Both Mr. Tillman and Ms. Goodwin were asked to step out of the vehicle. A search of the vehicle was conducted which recovered from inside the drivers seat was a hand rolled cigarette containing a green plant like substance, suspected marijuana. The cigarette had a burnt end. Mr. Tillman was placed under arrest for possession of marijuana. Ofc. Reisinger then conducted a search of the vehicle. While searching the vehicle Ofc. Reisinger noticed that the back panel of the rear of the passenger seat was loose. Ofc. Reisinger then recovered from inside the seat was a black knit skull cap, inside the skull cap was a Black and Silver Smith and Wesson .40 caliber handgun (PBR 9356) loaded with one round in the chamber and 9 in the magazine. Also recovered from inside the seat was a large freezer bag containing 1 sandwich bag with approx. 50.2 grams of brownish rock like substance, a clear sandwich bag containing two additional sandwich bags one containing 3.2 grams and the other containing 23.1 grams of on off white powder. Also a clear plastic bag containing two sandwich bags one containing 13.4 grams and the other containing 34.5 grams of off white powder. A total of 124.4 grams. The suspected narcotics were field tested and had a slight color reaction for cocaine base. Ms. Goodwin was also placed under arrest. Both defendants were transported to 1D for processing. All evidence was placed on the book at 1D (Crime Scene Wilson # 1554). Search incident to arrest recovered from inside Ms. Goodwin's purse was $332.00 in US Currency in Bill Form. Mr. Tillman was issued an NOI for not wearing a seatbelt (NOI #                )

Based on the above facts, it is believed that the Defendants possessed the above listed narcotics for the purpose of possesion with the intent to distribute.

**61. DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.)]

| 62. RECORD CLERK'S NAME | | 3. | 5. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|
| 1D STATION | | | | |
| | ARREST RECORD SUMMARY | 4. | 6. | |
| | 2. | | | |

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ no
(If yes, include in Defendant's Version/Remarks Section above.)

| 66. PRINTED NAME – OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL | |
|---|---|---|---|---|
| REISINGER, C | 669 | PFC | [signature] | |
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT | DATE | UNIT | DATE |
| [signature] | 1D | 3/7/2006 | 1D | 3/7/06 |

# PROPERTY RECORD
Metropolitan Police Department — Property Division — Washington, D.C.

| 1. Property Control No. | 2. Receiving Elem. ID | 3. Property Book & Page No. 1310/204 | | | 5. No. of Items 1 | 6. No. of Associates 2 | 7. DEA Lab Num |
|---|---|---|---|---|---|---|---|
| 8. CSES Number | 9. Name of Member Recovering Property  KENSINGER C | | | | | | |

## Part I – Description of Property

Use the following codes to classify property in Item E below.

- A = Abandoned
- B = Turned Over to Police for Destruction
- C = Suspected Proceeds of Crime
- D = Estate of Deceased
- E = Evidence
- F = Found
- G = Safekeeping-Recovered Stolen Auto
- H = Held for Civil Forfeiture
- I = Impounded
- J = Removed from Impounded Vehicle
- K = Set Out for Eviction
- L = Prisoner's Property
- M = Alleged Mentally Ill

1. Date recovered: 3/6/06
2. Where was property found? 1100 blk 11th St SE  Def. Vehicle

THIS SECTION TO BE COMPLETED BY PROPERTY DIVISION

| A. Item No. | B. Description of Item | C. Color | D. Serial No. | E. Classification | F. Quantity | G. Storage Facility | H. Storage Location | I. Intake Person | J. Forfeiture Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Black Skully Cap | Blk | | E | 1 | | | | |

## Part II – Motor Vehicles Impounded or in Custody

| Tag Number | Registration State/Year | Body Style | No. of Tires | Make | Year of Manufacture | Vehicle Identification Number |
|---|---|---|---|---|---|---|
| | | | | | | |

Anti-freeze in vehicle? ☐ Yes ☐ No   Radiator tagged and drained? (Date) ☐ Yes ☐ No   Auto Theft Notified (Name, date & time)   Teletype notified (Name, date & time)

## Part III – Description of Firearms

| Item No. | Brand Name | Type | Model No. | Serial Number | Caliber | Barrel | No. of Shots | Alteration Indicated? | Firearms Identification Number |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐ Yes ☐ No | |
| | | | | | | | | ☐ Yes ☐ No | |
| | | | | | | | | ☐ Yes ☐ No | |

Name of Person Making Notification(s) _____   Date _____   Was NCIC Check Made for Identifiable property? ☐ Yes (attach copy of NCIC inquiry) NCIC # _____ ☐ No   Owner Notified? ☐ Yes ☐ No

## Part IV – Court Disposition

Docket Number _____

Disposition _____

Is Case on Appeal? ☐ Yes ☐ No

ATTN: PROSECUTOR — Property may not be released while case is on appeal unless photograph of property is authorized to the right.

☐ There is no objection on the part of this Office to disposition of the property by the Property Clerk in accordance with the District of Columbia Code.
☐ The property may be released only after it is photographed with the claimant.
☐ Other special conditions of release of property: _____

Signature of AUSA _____

Signature of CCO _____

PD. 81   REV. 07/01      *** REVERSE CARBON AND COMPLETE REVERSE ***      EVIDENCE CONTROL