UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Crim. No. 06-cr-172-EGS |
| **v.** : | |
| **VINCENT E. TILLMAN,** : | |
| **Defendant** : | |

O R D E R

Upon consideration of the defendant's motion to continue the trial, and the government's opposition thereto, and the entire record in this matter, it is hereby ORDERED that the motion is DENIED.

_____
Emmet G. Sulllivan
United States District Judge

_____
date