```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**      :    Criminal No:  06-cr-172-EGS
                                  :
       **v.**                    :
                                  :
**VINCENT E. TILLMAN,**            :
                                  :
       **Defendant.**            :
                                  :

<u>Joint Submission Regarding Jury Voir Dire Questions and Statement of the Case</u>

The United States of America, by and through the United States Attorney for the District of Columbia, and defendant Vincent E. Tillman, by and through Billy L. Ponds, Esquire, counsel for the defendant, in response to the Court's order of March 9, 2007, jointly submit the following concerning additional jury voir dire questions and statement of the case.

The parties jointly propose that the last sentence to the court's introductory paragraph in its own proposed voir dire be changed to read as follows:  "The Defendant's full name is Vincent Edward Tillman, with the first name spelled either V-I-N-C-E-N-T or V-I-N-C-E-N-T-E (stand)."  The parties further jointly propose that question number 17 in the Court's standard voir dire be changed to indicate that the trial is expected to last 3 days.  Finally, the parties jointly propose that the Court also ask the jury panel:  "Has any panel member ever participated in (a) crime prevention group(s) or committee(s)?"

With respect to the statement of the case, the parties agree that the introductory paragraph to the Court's own voir dire questions can adequately serve as a statement of the case.

Respectfully submitted,

| JEFFREY A. TAYLOR | VINCENT E. TILLMAN |
| UNITED STATES ATTORNEY | By Counsel |

by:  /s/ _____  /s/ _____
Michael C. Liebman                Billy L. Ponds, Esquire
Asst. U.S. Attorney               The Ponds Law Firm
D.C. Bar No. 479562               Bar No. 379883
555 Fourth Street, N.W.           3218 O Street, N.W., Suite 2
room 4231                         Washington, D.C.  20007
Washington, D.C.  20530           333-2922
353-2385
michael.liebman@usdoj.gov