**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 06-172-EGS |
| | : | |
| **v.** | : | |
| | : | |
| **VINCENT E. TILLMAN,** | : | |
| | : | |
| **Defendant** | : | |

<u>Government's Trial Exhibit List</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby submits its exhibit list for the trial in the above matter.

| No. | Description | Witness | Obj'n | Adm. |
|---|---|---|---|---|
| 1 | Photomap | | | |
| 1A | Exh. 1, with markings by witness | | | |
| 2 | Photocopy of D.C. DMV registration certificate and commercial driver's license | | | |
| 3 | Photograph of outside of motor vehicle | | | |
| 4 | Photograph of interior of motor vehicle, with date/time stamp "7 12:00 AM" | | | |
| 4A | Exhibit 4, with markings by witness | | | |
| 5 | Photograph of interior of motor vehicle, with date/time stamp "7 12:01 AM" | | | |
| 5A | Exhibit 5, with markings by witness | | | |
| 6 | Photograph of interior of motor vehicle, with date/time stamp "7 12:05 AM" | | | |
| 6A | Exhibit 6, with markings by witness | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Close-up photograph of interior of motor vehicle, with date/time stamp "7 12:05 AM" | | | |
| 8 | Photograph of interior of motor vehicle, with date/time stamp "7 12:07 AM" | | | |
| 9 | Photograph of suspected narcotics, all inside one bag | | | |
| 10 | Photograph of firearm | | | |
| 11 | Close-up photograph of firearm showing serial number "PBR9356" | | | |
| 12 | Photograph of suspected narcotics and multiple plastic bags | | | |
| 13 | ski cap | | | |
| 14 | firearm, with magazine | | | |
| 15 | 1 round of ammunition | | | |
| 16 | 9 rounds of ammunition | | | |
| 17 | U.S. currency | | | |
| 18 | drugs | | | |
| 19 | Certified D.C. DMV application for certificate of title | | | |
| 20 | Certified court documents from F-7155-00 (2 pp.) | | | |
| 21 | Stipulation regarding qualifying conviction | | | |
| 22 | PD 47 signed by Tannia Goodwin | | | |
| 23 | Videotaped statement of Ms. Goodwin | | | |
| 23T | Transcript of exh. 24 | | | |
| 24 | Transcript of 6/1/06 testimony of Ms. Goodwin | | | |
| 25 | Transcript of 1/31/2002 testimony of defendant | | | |

|       |                                                                                                       |   |   |   |
|-------|-------------------------------------------------------------------------------------------------------|---|---|---|
|       |                                                                                                       |   |   |   |
|       |                                                                                                       |   |   |   |
| 101   | Two PD 163's, PD 791, DEA 7, PD 81 (gun and ammo); <u>Gerstein</u> statement                          |   |   |   |
| 102   | Transcript of GJ testimony of Chris Reisinger                                                         |   |   |   |
| 201   | Copies of one page of handwritten notes, CSES Examination Report, and three latent fingerprint cards  |   |   |   |
| 301   | Copies of CSES Examination Report, front of PD 307 envelope, and two PD 860s.                         |   |   |   |
| 401   | DEA Lab Report, and copies of DEA 7, and four pages of forensic chemist worksheets                    |   |   |   |
| 501   | Undercover officer's report, PD 81 (drugs), PD 95                                                     |   |   |   |
| 502-1 | Transcript of 1/31/02 testimony of Hampton Durham (pt. 1)                                             |   |   |   |
| 502-2 | Transcript of 1/31/02 testimony of Hampton Durham (pt. 2)                                             |   |   |   |
|       |                                                                                                       |   |   |   |
|       |                                                                                                       |   |   |   |
|       |                                                                                                       |   |   |   |

```
                Respectfully submitted,

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY


                        /s/
        by:     _____
                Michael C. Liebman
                Assistant United States Attorney
                D.C. Bar No. 479562
                555 Fourth Street, N.W., room 4231
                Washington, D.C.  20530
                353-2385
                michael.liebman@usdoj.gov
```