UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No:  06-cr-172-EGS |
| v. | : | |
| **VINCENT E. TILLMAN,** | : | |
| Defendant. | : | |

**STIPULATION CONCERNING PRIOR CONVICTION**

The United States of America and defendant Vincent E. Tillman stipulate and agree that defendant Tillman, prior to March 6, 2006, was convicted of a crime punishable by a term of imprisonment exceeding one year.

SO STIPULATED:

         /s/
_____
Vincent E. Tillman, defendant

         /s/
_____
Billy L. Ponds, Esquire
Attorney for Defendant Tillman

FOR THE GOVERNMENT:

         /s/
_____
Michael C. Liebman
Assistant United States Attorney