UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. 06-172 (EGS) |
| ) | |
| VINCENT E. TILLMAN, ) | |
| ) | |
| Defendant. ) | |

### VERDICT FORM

We, the jury, unanimously find as follows:

### COUNT ONE

As to the charge of **Unlawful Possession of a Firearm OR Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year,** we find the defendant, **Vincent Tillman**:

__X_____                    _____
  Not Guilty                                                    Guilty

### COUNT TWO

As to the charge of **Unlawful Possession with Intent to Distribute 100 Grams or More of Heroin,** we find the defendant, **Vincent Tillman**:

__X_____                    _____
  Not Guilty                                                    Guilty

## COUNT THREE

As to the charge of **Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, we find the defendant, **Vincent Tillman**:

___X___  
Not Guilty

_____  
Guilty

_March 19, 2007_  
DATE


FOREPERSON

2